**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|   |   |
|---|---|
| ANA ESTHER MORALES-DE LOZANO,<br><br>              Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>              Respondent. | No. 11-72071<br><br>Agency No. A099-535-077<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Ana Esther Morales-De Lozano, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her application for asylum.

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Singh v. Holder*, 656 F.3d 1047, 1051 (9th Cir. 2011), and we deny the petition for review.

Morales-De Lozano contends that extraordinary circumstances excused the untimely filing of her asylum application. Even if she established extraordinary circumstances, the record does not compel the conclusion that she filed her asylum application within a reasonable period after the Department of Homeland Security filed the Notice to Appear with the immigration court. *See Husyev v. Mukasey*, 528 F.3d 1172, 1181-82 (9th Cir. 2008). Accordingly, Morales-De Lozano's asylum claim fails.

**PETITION FOR REVIEW DENIED.**